**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

Dated: June 12 2013

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 09-38908 |
| | ) | |
| Jeffrey Allan Coburn and | ) | Chapter 13 |
| Cynthia Lou Coburn, | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |
| Debtor(s) | ) | |

### ORDER DENYING MOTION TO DISMISS

This matter came before the court for hearing on the Chapter 13 Trustee's Motion to Dismiss for Non-Compliance and Lack of Feasibility [Doc. # 67] ("Motion") on June 11, 2013. As Debtors have now addressed the payment and feasibility problems that resulted in filing the Motion pursuant to a motion to modify their confirmed plan that was heard at the same time, and that will be granted by separate order of the court, it is appropriate to deny the motion to dismiss.

For good cause shown,

**IT IS ORDERED** that the Chapter 13 Trustee's Motion to Dismiss for Non-Compliance and Lack of Feasibility [Doc. # 67] is **DENIED,** without prejudice.